## Trachtenberg, et ux., et al. *v.* Sibarco Stations, Inc., Appellant.

## Baum, et ux. *v.* Sibarco Stations, Inc., Appellant.

## Hepps, et ux., et al. *v.* Sibarco Stations, Inc., Appellant.

Before LOUIK, J.

Argued November 21, 1975. *George I. Minch,* with him *Wright & Rundle,* for appellant; *Lawrence W. Kaplan,* with him *Jon Hogue,* and *Kaufman & Harris,* for appellee at No. 699; *Nick C. King,* for appellee at No. 700; *J. Jerome Mansmann,* with him *Carol Los Mansmann,* and *McVerry,*

**728**

*Baxter, Cindrich, Loughren & Mansmann,* for appellee at No. 701.

Orders affirmed.

PRICE, J., did not participate in the consideration or decision of this case.